Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

### APPEARANCE

Case Number: 07 Cr. 512 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Laura Frizzell

I certify that I am admitted to practice in this court.

| 6/22/2007 | *signature* |
|---|---|
| Date | Signature |

Jennifer L. Brown
Print Name / Bar Number

52 Duane Street
Address

New York | NY | 10007
City | State | Zip Code

(212) 417-8722 | (212) 571-0392
Phone Number | Fax Number