# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 31, 2007

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Laura Frizzell**
    **07 Cr. 512 (AKH)**

Dear Judge Hellerstein:

I write, in the above-captioned case to respectfully request an adjournment of the pretrial conference scheduled for August 9, 2007 at 4 p.m. The parties are currently in the process of plea negotiations, and expect to resolve this case with a non-trial disposition. I request additional time in order to finalize these negotiations. For this reason, I ask that the conference be adjourned to late September, at which time the parties will likely have an agreed-upon disposition. I have spoken to Assistant United States Attorney Arlo Devlin-Brown, and he consents to this adjournment. I ask that the time until the next scheduled conference be excluded from calculation under the Speedy Trial Act.

Respectfully submitted,

Jennifer L. Brown
Attorney for **Laura Frizzell**
(212)417-8722

cc: Arlo Devlin-Brown, Esq.

*Handwritten note:* The conference is adjourned and time is excluded to Sep 26, 2007, at 9:30 a.m.
7-31-07
[signature]

TOTAL P.002