# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District
Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

SEP 18 2007

September 18, 2007

BY FACSIMILE
805-7942

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Laura Frizzell**
     07 Cr. 512 (AKH)

Dear Judge Hellerstein:

I write, in the above-captioned case to respectfully request an adjournment of the pretrial conference scheduled for September 26, 2007 at 9:30 a.m. The parties are currently in the process of plea negotiations, and expect to resolve this case with a non-trial disposition. I request additional time in order to finalize these negotiations. For this reason, I ask that the conference be adjourned to late October, at which time the parties will likely have an agreed-upon disposition. I have spoken to Assistant United States Attorney Marissa Mole, and she consents to this adjournment. I ask that the time until the next scheduled conference be excluded from calculation under the Speedy Trial Act.

[Handwritten endorsement: The conf. is adjourned, and time is excluded, to Oct 25, 2007 at 9:30 a.m. 9-18-07 /s/ Alvin K. Hellerstein]

Respectfully submitted,

Jennifer L. Brown
Attorney for **Laura Frizzell**
(212) 417-8722

cc: Marissa Mole, Esq.

**MEMO ENDORSED**

TOTAL P.002