# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

October 10, 2007

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Laura Frizzell**
    07 Cr. 512 (AKH)

Dear Judge Hellerstein:

   I write, in the above-captioned case, to respectfully request an adjournment of the pretrial conference scheduled for October 25, 2007 at 9:30 a.m. During the week of October 22, 2007, I will be on trial before the Honorable Judge Victor Marrero, and will be therefore unavailable on October 25, 2007.

   For this reason, I request an adjournment of the conference date. I have spoken to Assistant United States Attorney Marissa Mole, and she consents to this request for adjournment.

Respectfully submitted,

Jennifer L. Brown
Attorney for **Laura Frizzell**
(212)417-8722

cc: Marissa Mole, Esq.

*[Handwritten endorsement:]* The cnf. is adjourned, and time is included, to October 31, 2007, at 9:30am. 10-11-07 /s/ AKHellerstein

**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel. (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

*FAX COVER SHEET*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

FAX TO:   Honorable Alvin K. Hellerstein

FAX NUMBER:   (212) 805-7942

DATE SENT:   October 10, 2007

SENDER:   Jennifer L. Brown, Attorney

NUMBER OF PAGES:   2   (including this cover sheet)

COMMENTS:   Re:  United States v. Laura Frizzell

*If problems with this transmission occur, please call (212) 417-8700*

Fax No: (212) 571-0392