# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

October 22, 2007

*[Handwritten endorsement: The conf. is adjourned, and time is extended, to Nov. 20, 2007, at 9:30 a.m. 10-24-07 /s/ AKHellerstein]*

**BY HAND**

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Laura Frizzell**
      **07 Cr. 512 (AKH)**

Dear Judge Hellerstein:

   I write, in the above-captioned case, to respectfully request an adjournment of the pretrial conference scheduled for October 31, 2007 at 9:30 a.m. I will be on trial before the Honorable Judge Victor Marrero at that time, and will be therefore unavailable.

   For this reason, I request an adjournment of the conference date for one or two weeks. I request that the time until the next conference be excluded from speedy trial calculation. I have spoken with Assistant United States Attorney Marissa Mole, and she consents to this request for adjournment.

                              Respectfully submitted,

                              Jennifer L. Brown
                              Attorney for **Laura Frizzell**
                              Tel.: (212) 417-8722

cc: Marissa Mole, Esq.