# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge



November 16, 2007

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered.
11-16-07
[signature]

Re: **United States v. Laura Frizzell**
    07 Cr. 512 (AKH)

Dear Judge Hellerstein:

I write, in the above-captioned case, to respectfully request an adjournment of the pretrial conference currently scheduled for November 20, 2007. The parties expect to resolve this matter with a plea agreement, and I request additional time to review the proposed agreement with my client. For this reason, I request that the conference be adjourned until January 4, 2008 at 12 p.m. I have spoken to Assistant United States Attorney Marissa Mole, and she does not object to this adjournment. I ask that the time until the next scheduled conference be excluded from calculation under the Speedy Trial Act.

Respectfully submitted,

[signature]

Jennifer L. Brown
Attorney for **Laura Frizzell**
(212) 417-8722

cc: Marissa Mole, Esq.

TOTAL P.002