ORDER OF COURT



UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. FRIZZELL                                    Docket No. 07-CR-512

Petition for Action on Conditions of Pretrial Release

COMES NOW XIOMARA ROJAS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, LAURA FRIZZELL, who is charged with narcotic conspiracy and was placed under pretrial release supervision by Magistrate Judge Kevin N. Fox sitting in the Court in the Southern District of New York at 500 Pearl Street, NYC on 3/9/07 under the following conditions:

**$150,000 PRB cosigned by three financially responsible persons, strict Pretrial Services supervision with drug testing and treatment under the guidance of Pretrial Services, travel restrictions to Southern and Eastern Districts of New York, Districts of Massachusetts; Connecticut and Rhode Island; surrender of any travel documents with no new applications.**

**Respectfully presenting petition for action of Court and for cause as follows:**

This defendant is being supervised in the District of Rhode Island by U.S. Probation Officer Charlene Chubeztryck, who advises that the defendant has been attending drug treatment and while attending treatment, was also diagnosed with anxiety disorder, which requires mental health counseling and medication. The defendant is amenable to her suggestion to receive mental health counseling. The defendant has been compliant with her conditions of release.

Given the above, we respectfully request that the defendant's bail conditions be modified to include a mental health assessment and mental health counseling. We have spoken to the defendant's attorney, Jennifer Brown, and Assistant U.S. Attorney, Marissa Mole and they have no objection to the aforementioned modification.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BAIL CONDITIONS BE MODIFIED TO INCLUDE MENTAL HEALTH COUNSELING.**

ORDER OF COURT

Considered and ordered this ___27___ day of ___Nov.___, 20_07_ and ordered filed and made a part of the records in the above case.

*[signature]*
Honorable Alvin K. Hellerstein
U.S. District Judge

I declared under penalty that the foregoing is true and correct.

Respectfully,

*[signature]*
Xiomara M. Rojas
U.S. Pretrial Services Officer

Reviewed by,

*[signature]*
Sharon T. Regis, Supervising
U.S. Pretrial Services Office

Date: November 27, 2007