# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



FEB 0 7 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

February 9, 2008

**BY FACSIMILE**

So ordered
4/9/08

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    United States v. Laura Frizzell**
         **07 Cr. 512 (AKH)**

Dear Judge Hellerstein:

I write, in the above-captioned case, to request a modification of Ms. Frizzell's bail conditions.  Specifically, I request a modification of her travel restrictions to include the District of Connecticut.  I have spoken to Assistant United States Attorney, Marissa Mole, and she has no objection to this modification of Ms. Frizzell's travel restrictions.

Respectfully submitted,

Jennifer L. Brown
Attorney for **Laura Frizzell**
(212)417-8722

cc: Marissa Mole, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08