# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director



Southern District of New York
John J. Byrnes
Attorney-in-Charge

March 11, 2008

**BY FACSIMILE**
212 805-7942

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Laura Frizzell**
    **07 Cr. 512 (AKH)**

Dear Judge Hellerstein:

I write, in the above-captioned case, to respectfully request an adjournment of the sentencing date, which is currently scheduled for April 4, 2008. I have not yet received the pre-sentence report and request a thirty day adjournment for this reason. I ask that the sentencing be adjourned to May 9, 2008. I have spoken to Assistant United States Attorney Marissa Mole, and she does not object to this adjournment.

*[Handwritten endorsement: Sentencing adjourned to May 9, at 11:30am. 3-14-08 /s/ AKH]*

Respectfully submitted,

*/s/ Jennifer Brown*

**MEMO ENDORSED**

Jennifer L. Brown
Attorney for **Laura Frizzell**
(212)417-8722

cc: Marissa Mole, Esq.
    Assistant United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

TOTAL P.002