# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

RECEIVED
APR 29 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

April 29, 2008

**BY FACSIMILE**
**212 805-7942**

Honorable Alvin K. Hellerstein
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[handwritten: Sentencing is adjourned to May 29, 2008, at 10:30 a.m.  4-30-08]*

**Re:   United States v. Laura Frizzell**
      **07 Cr. 512 (AKH)**

Dear Judge Hellerstein:

I write, in the above-captioned case, to respectfully request an adjournment of the sentencing date, which is currently scheduled for May 9, 2008. I only received the initial pre-sentence report this morning, and need thirty days to review the report and prepare for sentencing. For this reason, I request that the sentencing date be adjourned to May 29, 2008. I have spoken to Assistant United States Attorney Marissa Mole, and she does not object to this adjournment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

Respectfully submitted,

Jennifer L. Brown
Attorney for **Laura Frizzell**
(212) 417-8722

cc:   Marissa Mole, Esq.
      Assistant United States Attorney

      Dan Voice
      United States Probation Officer

      Laura Frizzell

# MEMO ENDORSED